# EXHIBIT 2

# UAW LOCAL 5118 STEP 1 GRIEVANCE FORM

| | |
|---|---|
| **GRIEVANT'S NAME*** <br> HGSU-UAW Local 5118 | **GRIEVANCE NUMBER (INTERNAL USE)** |
| **EMAIL** <br> hgsu.grievance@protonmail.com, general@hgsu.org | **TODAY'S DATE (MM/DD/YYYY):** <br> 07/21/2025 |

| POSITION/TITLE* <br> N/a | GRIEVANT'S HIRING DEPARTMENT* <br> N/a | GRIEVANT'S PHONE NUMBER* <br> (617) 475-0677 |
|---|---|---|

| NAME OF GRIEVANT'S IMMEDIATE SUPERVISOR, TITLE, TELEPHONE NUMBER* <br> N/a | ADDRESS & EMAIL FOR CORRESPONDENCE <br><br> HGSU-UAW Local 5118 <br> Suite 209 <br> 552 Mass. Ave, Cambridge, MA 02139 <br> hgsu.grievance@protonmail.com |
|---|---|

| HGSU-UAW REPRESENTATIVE NAMES <br> Sinclair Emans <br><br> Sara Speller <br><br> Sudipta Saha | HGSU-UAW REPRESENTATIVE EMAILS <br> hgsu.grievance@protonmail.com <br><br> president@hgsu.org <br><br> vp@hgsu.org | HGSU-UAW REPRESENTATIVE CELL |
|---|---|---|

| DATE OF ALLEGED VIOLATION <br><br> Unknown, Ongoing | DATE OF INFORMAL MEETING WITH SUPERVISOR <br><br> N/a | RESPONSE FROM SUPERVISOR: <br><br> N/a |
|---|---|---|

| TYPE OF GRIEVANCE* <br> Union | |
|---|---|

| DESCRIPTION OF ALLEGED VIOLATION OF THE AGREEMENT.* PLEASE DESCRIBE THE FACTS AND CIRCUMSTANCES (INCLUDING DATES) THAT EXPLAIN HOW THE ARTICLE(S) AND SECTION(S) WERE VIOLATED. (ATTACH SEPARATE SHEET OF PAPER IF NEEDED.) |
|---|
| The Employer violated the Agreement when, leading up to the July 1, 2025, payroll date it instructed its agents to remove approximately 900 members from the bargaining unit entirely, with an estimated total of 2,000 members being removed from the unit either fully or partially.  The Union was not notified of this violation until on or about July 2, 2025.  On or about July 3, 2025, the Employer provided the Union with a list of members that excluded those who the Employer unilaterally removed from the bargaining unit in violation of the Agreement. Harvard's removal of individuals from the bargaining unit violated the obligation to provide at least 60 days notice of employment and/or the terms of the appointment letters. Additionally, Harvard's action inappropriately determined retroactively that certain SWs did not qualify as SWs during the CBA (e.g., Articles 1 and 2), were ineligible for terms and conditions, and ineligible to be subject to successor contract bargaining (Article 36). Harvard's actions suggest that the Union inappropriately received dues or fees of persons not in the bargaining unit. The action also inappropriately rescinded all rights that accrued or vested during the CBA. Further, the University unilaterally ceased deducting dues or fees of individuals who did not revoke authorization. <br><br> The Employer's actions are in violation of Articles 1, 2, 3, 12, 16, 18, 19, 31, 33, and 36 of the Agreement and all others which may apply. |

| REMEDY REQUESTED: <br><br> The Employer shall return any, and all members to the bargaining unit who were unilaterally removed in violation of the Agreement.  The Employer shall make any member who has been impacted by the Employer's violation of the Agreement whole in all regards, including by not limited to lost wages, benefits, or other rights and privileges afforded to them under the Agreement. The Employer shall make the Union whole in all regards, including but not limited to loss of dues, fees, and other remittances properly due to the Union that have been denied as a result of the Employer's violation of the Agreement.  The Employer shall cease and desist violating the Agreement. |
|---|

| GRIEVANT'S SIGNATURE* <br> Union | DATE (MM/DD/YYYY) <br><br> 07/21/2025 |
|---|---|

| HGSU-UAW REPRESENTATIVE SIGNATURE<br>**Sinclair Emans**<br>**Sara Speller**<br>**Sudipta Saha** | DATE (MM/DD/YYYY)<br>**07/21/2025** |
|---|---|