# EXHIBIT 3

## DEMAND FOR ARBITRATION

Date: __2025/10/14___

To: Name _____Harvard University_____
(Opposing party)
Address _____Massachusetts Hall_____
City and State _____Cambridge, MA_____ Zip Code_02138_
Telephone ____(617) 495-1000_____ Fax _____

Name of Counsel/Representative _____N/A_____
Address _____
City and State _____ Zip Code_____
Telephone _____ Fax _____

Grievance:

Alleged violations include but are not limited to:

The Employer violated the Agreement when, leading up to the July 1, 2025, payroll date it instructed its agents to remove approximately 900 members from the bargaining unit entirely, with an estimated total of 2,000 members being removed from the unit either fully or partially. The Union was not notified of this violation until on or about July 2, 2025.  On or about July 3, 2025, the Employer provided the Union with a list of members that excluded those who the Employer unilaterally removed from the bargaining unit in violation of the Agreement. Harvard's removal of individuals from the bargaining unit violated the obligation to provide at least 60 days notice of employment and/or the terms of the appointment letters. Additionally, Harvard's action inappropriately determined retroactively that certain SWs did not qualify as SWs during the CBA (e.g., Articles 1 and 2), were ineligible for terms and conditions, and ineligible to be subject to successor contract bargaining (Article 36). Harvard's actions suggest that the Union inappropriately received dues or fees of persons not in the bargaining unit. The action also inappropriately rescinded all rights that accrued or vested during the CBA. Further, the University unilaterally ceased deducting dues or fees of individuals who did not revoke authorization.

The Employer's actions are in violation of Articles 1, 2, 3, 12, 16, 18, 19, 31, 33, and 36 of the Agreement and all others which may apply.

Remedy sought:

The Employer shall return any, and all members to the bargaining unit who were unilaterally removed in violation of the Agreement.  The Employer shall make any member who has been impacted by the Employer's violation of the Agreement whole in all regards, including by not limited to lost wages, benefits, or other rights and privileges afforded to them under the Agreement. The Employer shall make the Union whole in all regards, including but not limited to loss of dues, fees, and other remittances properly due to the Union that have been denied as a result of the Employer's violation of the Agreement.  The Employer shall cease and desist violating the Agreement

This serves as notice that a Demand for Arbitration is being filed with the Labor Relations Connection, requesting assistance with the administration of the above referenced grievance, in accordance with its Labor Arbitration Rules.

The foregoing is merely a brief summary of the grievance. The Union reserves the right to supplement, amend and modify the facts, applicable provisions, and remedies set forth above.

Signed

_____    Sara Speller, HGSU president_____
                                                                      (Representative of filing party)

   Name of Claimant _____HGSU-UAW Local 5118_____
   Address _____552 Massachusetts Ave. Suite 209_____
  City and State _____Cambridge, MA_____ Zip Code_02138_
   Telephone_____(617) 475-0677_____ Fax _____

   Name of Counsel/Representative _____Patrick Bryant_____
   Address _____2 Liberty Square, 10th Floor_____
  City and State _____Boston, MA_____ Zip Code_02109_
   Telephone ____617 367-7200_____ Fax ____617 367-4820_____

Note: To initiate proceedings, please send one copy of this Demand to the Labor Relations Connection at the address below, and one copy to the opposing party.