**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>            Plaintiff,<br><br>  v.<br><br>HARVARD GRADUATE STUDENTS UNION – UNITED AUTOWORKERS, LOCAL 5118,<br><br>            Defendant. | Civil Action No.: 1:26-cv-11273 |

## JOINT PROPOSED SCHEDULE

Pursuant to the Court's order dated June 8, 2026 (ECF No. 13), Plaintiff President and Fellows of Harvard College ("Harvard" or the "University") and Defendant Harvard Graduate Students Union – United Autoworkers, Local 5118 (the "Union" or "Local 5118") (collectively, the "Parties"), submit this Joint Proposed Schedule.

1.      Proposed Agenda For Scheduling Conference

The Parties submit that they do not object to the Court setting a schedule on the written submissions. To the extent that the Court determines a scheduling conference is necessary, the Parties propose the following agenda:

A.  Brief Discussion of the Case

B.  Discuss Briefing Schedule for Dispositive Motions

2.      Limited Discovery

The Parties propose a limited period for written discovery to conclude on September 21, 2026.

3.      Dispositive Motion Schedule

The Parties expect that the claims in the Complaint and Counterclaim can be resolved through a dispositive motion pursuant to Rule 12(c) or Rule 56. The Parties propose the following briefing schedule:

A. Harvard shall file its opening brief by October 12, 2026.

B. The Union shall file a single memorandum containing its opposition and cross-motion within thirty (30) days of Harvard filing its brief.

C. Harvard shall file a single memorandum as both its reply in support of its motion and its opposition to the Union's cross-motion within thirty (30) days of the Union's filing of its memorandum.

D. The Union shall file a single memorandum as its reply in support of its cross-motion within thirty (30) days of Harvard filing its memorandum.

4.    Deadline to Amend Pleadings

Harvard does seek to amend its complaint to include a claim for damages reflecting expenses incurred in connection with having to defend against the underlying arbitration, which Harvard contends is improper.  It will do so by July 3, 2026.  Except for good cause shown, no motions seeking leave to amend pleadings to assert new claims or defenses may be filed after July 31, 2026.

Dated: June 22, 2026

Respectfully Submitted,

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE

By its counsel:

*/s/ Robert A. Fisher*
Robert A. Fisher (BBO # 643797)
Nicole E. Ricker (BBO # 713593)
rfisher@seyfarth.com
nricker@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

HARVARD GRADUATE STUDENTS UNION
UNITED AUTOWORKERS, LOCAL 5118

By its counsel:

*/s/ Patrick N. Bryant*
Patrick N. Bryant (BBO # 652200)
PYLE ROME EHRENBERG PC
2 Liberty Square, 10th Floor
Boston, MA 02109
(617) 367-7200
pbryant@pylerome.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system.

*/s/ Robert A. Fisher*
Robert A. Fisher