**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

                Plaintiff,

   v.

HARVARD GRADUATE STUDENTS
UNION – UNITED AUTOWORKERS,
LOCAL 5118,

                Defendant.

Civil Action No.: 1:26-cv-11273

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff President and Fellows of

Harvard College ("Harvard") respectfully requests leave to amend its Complaint to Stay

Arbitration. In support of its motion, Harvard states as follows:

1.      Harvard filed its original Complaint to Stay Arbitration on March 13, 2026. Dkt.1.

2.      Defendant Harvard Graduate Students Union – United Autoworkers, Local 5118

filed an answer to the original Complaint on May 15, 2026. Dkt. 11.

3.      Harvard seeks to amend its Complaint to reflect the fact that the arbitrator intends

to proceed with a hearing on the merits of Defendant's grievance and that Harvard has incurred

and will continue to incur damages in connection with defending against the underlying

arbitration in this matter, which Harvard contends is improper.

4.      This Motion is timely because the parties' Joint Proposed Schedule, approved by

the Court on June 24, 2026, permits motions seeking leave to amend pleadings through July 31,

2026.

5.      Fed. R. Civ. P. 15 establishes a liberal standard for amendments, providing that

leave to amend a complaint should be "freely given when justice so requires." *See O'Connell v.*

*Hyatt Hotels of Puerto Rico*, 357 F.3d 152, 154 (1st Cir. 2004). The proposed First Amended

Complaint does not alter the fundamental claim asserted by Harvard and focuses only on the

relief sought. Allowance of the amendment will cause no undue prejudice to Defendant. *See*

*Amyndas Pharms., S.A. v. Zealand Pharma A/S*, 48 F.4th 18, 36 (1st Cir. 2022).

6.    A copy of Harvard's proposed First Amended Complaint is attached hereto as

Exhibit 1.

For the foregoing reasons, Harvard respectfully requests that this Court grant its Motion

for Leave to File Amended Complaint.

Dated: July 6, 2026

Respectfully Submitted,

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE

By its counsel:

*/s/ Robert A. Fisher*
Robert A. Fisher (BBO # 643797)
Nicole E. Ricker (BBO # 713593)
rfisher@seyfarth.com
nricker@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

326866110v.1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify pursuant to Local Rule 7.1(a)(2) that on July 6, 2026, I conferred in good faith with counsel for Defendant by email in order to resolve or narrow the issues presented by this motion, but the parties were unable to do so.

*/s/ Robert A. Fisher*
Robert A. Fisher

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Robert A. Fisher*
Robert A. Fisher

326866110v.1